AEE

**FILED**
**FEBRUARY 19, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

_Maria Flagg_
Plaintiff

v.

**08 C 999**

CASE NUMBER _____

_Advocate Health_
Defendant(s)

JUDGE _____

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE COLE**

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, _Maria Flagg_, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐Yes   ☒No   (If "No," go to Question 2)
   I.D. # _____ Name of prison or jail: _____
   Do you receive any payment from the institution? ☐Yes ☐No   Monthly amount: _____

2. Are you currently employed?   ☒Yes   ☐No
   Monthly salary or wages: _2500_
   Name and address of employer: _Northwestern Memorial Hospital, 251 E. Huron St Chicago IL 60611_

   a. If the answer is "No":
      Date of last employment: _____
      Monthly salary or wages: _____
      Name and address of last employer: _____

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages   ☐Yes   ☒No
      Amount _____ Received by _____

  b. ☐ Business, ☐ profession or ☐ other self-employment        ☐ Yes    ☒ No
  Amount_____ Received by_____

  c. ☐ Rent payments, ☐ interest or ☐ dividends        ☐ Yes    ☒ No
  Amount_____ Received by_____

  d. ☒ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☒ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
  $100 - 401K                                                   ☒ Yes    ☐ No
  Amount $9,282 unemployment Received by  Maria Flagg

  e. ☐ Gifts or ☐ inheritances        ☐ Yes    ☒ No
  Amount_____ Received by_____

  f. ☐ Any other sources (state source:_____)        ☐ Yes    ☒ No
  Amount_____ Received by_____

  also see Addendum

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?        ☐ Yes    ☒ No    Total amount:_____
  In whose name held:_____ Relationship to you:_____

  see Addendum

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?        ☐ Yes    ☒ No
  Property:_____ Current Value:_____
  In whose name held:_____ Relationship to you:_____

  see Addendum

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?        ☐ Yes    ☒ No
  Address of property:_____
  Type of property:_____ Current value:_____
  In whose name held:_____ Relationship to you:_____
  Amount of monthly mortgage or loan payments:_____
  Name of person making payments:_____

  See Addendum

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?        ☒ Yes    ☐ No
  Property: 1999 Plymouth Voyager
  Current value: $4,500
  In whose name held: Maria Flagg    Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents
  Ivanna Russell - 100%
  Elijah Flagg - 100%

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 2-15-2008

_____
Signature of Applicant

Maria N. Flagg
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $_____ on account to his/her credit at (name of institution) _____.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

_____            _____
DATE                                SIGNATURE OF AUTHORIZED OFFICER

                                    _____
                                    (Print name)

rev. 10/10/2007

MARIA FLAGG v. ADVOCATE HEALTH AND INC.

Addendum to In Forma Pauperis Application – supplemental responses
to Questions 3-7

Maria Flagg temporarily lives with Tommie and Alma Russell, the paternal grandparents of her children in their home at 9225 S. Justine Ave. in Chicago. She has resided with them since October, 2007 and plans to move out on her own in April 2008. She does not have detailed information about the income and assets of her children's grandparents. She asked them to give her information about their income and assets and they declined to provide the information. She knows that they own the home in which they live but does not know how much equity they have in the home or anything about the mortgage on the home. She also knows that Alma receives monthly social security checks but does not know the amount of the checks. She knows that Tommie receives a pension check and a social security check each month, but does not know the amount of either.

Ms. Flagg pays $200 per month in rent to the Russells and they do not give her any money. Ms. Flaggs pays for the food for herself and her children. Her finances and expenses are separate and apart from the finances and expenses of the Russells.

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915 (e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

02/14/2008
Date

Maria Flagg