## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 999 | **DATE** | 3/5/2008 |
| **CASE TITLE** | Flagg v. Advocate Health and Hospitals Corp. | | |

**DOCKET ENTRY TEXT**

Plaintiff Maria Flagg's petition for leave to proceed *in forma pauperis* is **denied**. The Court grants plaintiff until 4/4/2008 in which to pay the filing fee, or this case will be dismissed.

■[ For further details see text below.]    Docketing to mail notices.

### STATEMENT

Before the Court is Plaintiff Maria Flagg's petition for leave to proceed *in forma pauperis*. A party seeking to proceed *in forma pauperis* must demonstrate an inability to prepay the filing fee or provide security therefor. 28 U.S.C. § 1915(a). According to Ms. Flagg's financial affidavit, although she provides full support for her two children, she earns $2500 a month, or approximately $30,000 a year. Flagg also owns a car worth $4500 and has a 401(k) with $100 in assets. Flagg's income and assets provide her with the ability to prepay her filing fee or secure payment of it. Accordingly, the petition for leave to proceed *in forma pauperis* is **denied**.

Courtroom Deputy Initials: