# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 999 | **DATE** | 6/12/2008 |
| **CASE TITLE** | Flagg vs. Advocate Health and Hospitals Corp. | | |

**DOCKET ENTRY TEXT**

In an order dated March 5, 2008, the Court denied Plaintiff Maria Flagg's petition to proceed *in forma pauperis* and gave Plaintiff until April 4, 2008 to pay the filing fee. Given Plaintiff's failure to remit the required filing fee, this case is now dismissed.

■ [ For further detail see separate order(s).]

Docketing to Mail Notices
Mailed AO 450 form

Courtroom Deputy Initials: