# United States District Court

## Northern District of Illinois

Eastern Division

| | |
|---|---|
| Maria Flagg | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 999 |
| Advocate Health and Hospitals Corp | |

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came before the Court. The issues have been tried or heard and a decision has been rendered.


IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed, plaintiff Maria Flagg having failed to pay the filing fee as ordered in the court's order dated 3/5/2008.


                                                                  Michael W. Dobbins, Clerk of Court

Date: 6/12/2008                                         _____

                                                               /s/ Wanda A. Parker, Deputy Clerk